IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,            )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )    Criminal Action No: 4:19cr79
                                     )
DARRELL MINOR,                       )
                                     )
    Defendant.                       )

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Tina E. Maddox, counsel for Defendant, for the dates of May 31, 2019, June 3, 2019 through June 7, 2019, June 10, 2019 through June 11, 2019, July 5, 2019, and July 22, 2019 through July 26, 2019. (Doc. 10.) After careful consideration, said Motion is **GRANTED**.

SO ORDERED, this 17th day of May, 2019.

_____
CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA