IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 AUG -1 PM 3:55

CLERK_____
SO. DIST. OF GA.

THE UNITED STATES OF AMERICA,   )
                               )
          Plaintiff,     )
v.                           )     4:19CR79
                               )
DARRELL MINOR,              )
                               )
          Defendant.    )

## O R D E R

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, a hearing in this case is deemed unnecessary. All motions are dismissed.

SO ORDERED, this  1st  day of August, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA